IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 614, AFL-CIO,** *et al.,* | : : : : | **CIVIL ACTION NO. 2:23-cv-4388** |
| **Plaintiffs,** | : : | |
| v. | : : | |
| **PECO ENERGY COMPANY,** | : : : | |
| **Defendant.** | : : | |

## DEFENDANT, PECO ENERGY COMPANY'S, MOTION TO STRIKE PLAINTIFFS' LETTER DATED JANUARY 11, 2024

Defendant PECO Energy Company, by and through its counsel, respectfully move this Court for an Order striking the January 11, 2024 Letter filed by Plaintiffs, International Brotherhood of Electrical Workers Local 614, AFL-CIO ("Local 614"), Damien Duckrey, John Koniewicz, and Joshua Kulchinsky ("Plaintiffs"), on the ground that Plaintiffs have improperly filed this Letter contrary to the Court's clear instructions. The bases for Defendant's Motion are set forth in the accompanying Memorandum.

WHEREFORE, Defendant respectfully requests that the Court grant the Motion and strike Plaintiffs' Letter Dated January 11, 2024 in its entirety.

Respectfully submitted,

**HOLLAND & KNIGHT, LLP**

BY: /s/ *Valerie E. Brown*
Valerie Brown, Esq. (PA No. 309849)
Jessica J. Linse, Esq. (PA No. 327288)
1650 Market Street, Suite 3300
Philadelphia, PA 19103
Telephone: 215.252.9569

                        Fax:  215-867-6070
                        Valerie.Brown@hklaw.com
                        Jessica.Linse@hklaw.com

*Attorneys for Defendant, PECO Energy Company*

DATED:  January 12, 2024