IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 614, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PECO ENGERY COMPANY, <br><br> Defendant. | CIVIL ACTION <br> NO. 23-4388 |

## ORDER

**AND NOW**, this 22nd day of July 2024, upon consideration Plaintiffs' Motion for a Preliminary Injunction (Doc. No. 2), Defendant's Response in Opposition (Doc. No. 9), Plaintiffs' Reply (Doc. No. 8), the arguments made by counsel for the parties at the January 4, 2024 hearing, the January 9, 2024 letter from Defendant (Doc. No. 16), the January 11, 2024 letter from Plaintiffs (Doc. No. 17), and in accordance with the Opinion issued on this date, it is **ORDERED** that Plaintiffs' Motion for a Preliminary Injunction (Doc. No. 2) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.